FILED
OCT 28 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19 CR 4296-BLM |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 641 — |
| MANSOUREH SADR ESLAMBOLCHI, | **Theft of Public Property** |
| Defendant. | **(Misdemeanor)** |

The United States Attorney charges:

Count 1

From August 7, 2006 through March 1, 2017, within the Southern District of California, defendant MANSOUREH SADR ESLAMBOLCHI knowingly stole and converted to her use money belonging to the United States with the intention of depriving the United States of the use and benefit of the money; in violation of Title 18, United States Code, Section 641.

DATED: October 28, 2019.

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Jeffrey D. Hill*

Jeffrey D. Hill
Special Assistant U.S. Attorney