# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Mansoureh Sadr Eslambolchi )

CASE NUMBER 19 CR4296-BLM

ABSTRACT OF ORDER

Booking No. _____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of 10/28/19
the Court entered the following order:

✓ Defendant be released from custody.
____ Defendant placed on supervised / unsupervised probation / supervised release.
____ Defendant continued on supervised / unsupervised probation / supervised release.
✓ Defendant released on $ _____ bond posted.
✓ Defendant appeared in Court. FINGERPRINT & RELEASE.
✓ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
✓ Defendant sentenced to ~~TIME SERVED, supervised~~ unsupervised release for ONE years.
____ Bench Warrant Recalled.
____ Defendant forfeited collateral.
____ Case dismissed.
____ Case dismissed, charges pending in case no. _____
____ Defendant to be released to Pretrial Services for electronic monitoring.
____ Other. _____

BARBARA L. MAJOR
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Received _____ DUSM

OR

JOHN MORRILL           Clerk
by N. Peltier
Deputy Clerk   x7099

Crim-9 (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151